

FILED

MAR 2 5 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-14-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| RALPH KENNETH COSTA, | |
| Defendant. | |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that the Change of Plea Hearing set for

Thursday, April 11, 2019 at 9:30 a.m. is **VACATED**.

IT IS FURTHER ORDERED that the change of plea hearing is reset for

**Wednesday, April 10, 2019 at 2:30 p.m.** in the James F. Battin U.S. Courthouse,

Billings, Montana, at which time the court will consider his motion to change his

plea of not guilty to a plea of guilty.

DATED this 25th day of March, 2019.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1